IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| NETSEL, William Rodger | 07/05/77 | 74-CR-280 |
| THOMAS, Russell Johnson 3rd | 03/31/87 | 95-CR-298 |
| SMITH, Krystal Ann | 03/03/07 | 05-CR-502 |
| STROTHMAN, James F | 11/27/05 | 02-CR-580 |
| STROTHMAN, Sharon/aka Jun Chen | 03/30/05 | 02-CR-580 |
| TOZLIYAN, Valeri | 02/27/01 | 05-CR-079 |
| WARDEN, David Bryce | 02/06/00 | 92-1025M |
| VITALE, Melody Teresa | 03/17/01 | 01-CR-322 |
| VONDERHAAR, Steven Thomas | 04/09/06 | 04-CR-391 |

Dated at Denver, Colorado, this ___ day of ~~September~~ October, 2007.

BY THE COURT:

_[signature]_
Edward W Nottingham, Chief Judge